Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

Southern Division



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 04 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

JEFFERY RAMSEY
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)
-v-

Michael Crosby, Christopher Holt, David Sullivan
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:22cv24 TBM-RPM
_____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jeffery Ramsey
All other names by which you have been known:
ID Number: 204588
Current Institution Address: George County Regional Correctional Facility
154 Industrial Park Rd
Lucedale, MS 39452
City / State / Zip Code

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Christopher Holt
Job or Title (if known): Private Attorney
Shield Number:
Employer: Christopher Holt, MSB# 9371
Address: 2501 14th Street, Suite 211
Gulfport, MS 39501
City / State / Zip Code
[X] Individual capacity  [ ] Official capacity

Defendant No. 2
Name: Michael Crosby
Job or Title (if known): Private Attorney
Shield Number:
Employer: Michael Crosby
Address: 2111 25th Ave
Gulfport, MS 39501
City / State / Zip Code
[X] Individual capacity  [ ] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: David Sullivan
Job or Title (if known): Private attorney
Shield Number:
Employer: David Sullivan
Address: 2501 14th Street, Suite 212
Gulfport, MS, 39501
City / State / Zip Code

[X] Individual capacity   [ ] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City / State / Zip Code

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

(Violation of 4th, 5th, 6th and 14th)

Racial Discrimination, Due Process, Conspiracy, Mal-Practice, Violation of effective assistance, Illegal Search and Seizure

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## BASIS FOR CLAIM

On or about January 20th, 2021, all the defendants unlawfully civilly conspired with each other under collusion and acted under color of law, beyond their authority as private attorneys and/or ~~state~~ or with state officials. The defendants agreed that they would abridge the constitutional rights of plaintiff Ramsey, as guaranteed by the 4th, 5th, 6th, 8th and 14th amendments to the constitution of the United States: To be free from the deprivation of life, liberty and not without Due process of law, and to be free from unreasonable Searches and seizures.

The defendants unlawfully deprived the plaintiff from a proper and fair trial, and effective assistance of counsel as they all strategically concealed an illegal search and seizure through invalid and illegally forged Search warrants, spoliation of exculpatory evidence, and altered documents and the effects of said plaintiff and of "Mankind United". By reasons of deprivation of plaintiff's constitutional rights, plaintiff has severely sustained irreparable damages.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_See attachments on Next Page_

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [X] Pretrial detainee — October 5, 2019 – July 19th, 2021
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [X] Convicted and sentenced state prisoner — July 19th, 2021 – Present
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_N/A_

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

_N/A_

Page 4 of 11

## IV. STATEMENT OF CLAIM

1. (1) Michael Crosby purposely denied Ramsey effective assistance, depriving Ramsey of a constitutional guarantee. (2) Michael Crosby violated due process by not advising me of the rights which protect me under the U.S. Constitution. (3) Michael Crosby conspired with Assistant District Atty Beth McFadyen and allowed her to coerce and intimidate Ramsey in an intense private meeting in a concealed room during a Lawyer to Client confidential meeting. (4) Michael Crosby conspired with ADA Beth McFadyen in concealing exculpatory evidence (Blood Sample). (5) Michael Crosby denied Ramsey equal protection of law. (6) Michael Crosby conspired with ADA Beth McFadyen in concealing an illegally forged search warrant. (7) Michael Crosby conspired with Christopher Holt by advising Holt to deprive Ramsey of effective assistance. All this and more occurred "under color of law". (8) Legal Malpractice.

2. (1) Christopher Holt denied Ramsey effective assistance. (2) Christopher Holt denied and deprived Ramsey due process by withdrawing and refusal of effective assistance. (3) Christopher Holt conspired with Michael Crosby to deprive Ramsey of effective assistance because Ramsey filed a Miss. Bar Compl. on Crosby for ineffective assistance, Holt refused to represent Ramsey. (4) Christopher Holt conspired with ADA Beth McFadyen by knowingly and willingly allowing her to be a Conflict of Interest to case B2402-2020-142 and not addressing it to the Courts or forcing her to recuse herself off the case. (5) Christopher Holt conspired with Attorney David Sullivan by admittingly, knowingly and willingly refusal to advise the 2nd Judicial District Courts that David Sullivan (Municipal Court Judge who's name was Rubber stamped on an illegal Search warrant) directed Holt to Ramsey's case and contacted Ramsey's family and advised them that he would be of effective assistance and reverse the involuntary guilty plea. (6) Christopher Holt conspired with David Sullivan by refusing to inform the Circuit Courts that he was a Co-worker and employee of Judge David Sullivan. (7) Christopher Holt Conspired with Judge David Sullivan and ADA Beth McFadyen by refusal and knowingly disregard to bring forth the illegal search and seizure and the forgery of the Search warrant's Signature. (8) Christopher Holt violated equal protection of Laws. Christopher Holt Conspired with state officials to acquire a state conviction. All this and more occurred "under color of law". (9) Legal Malpractice. (10) Christopher Holt was a Conflict of Interest.

3) (1) David Sullivan interfered with an investigation of Justice. (2) David Sullivan is in violation of 18 U.S.C Chapter 73 Obstruction of Justice and Judicial Misconduct. (3) David Sullivan acted as an attorney and was trying to represent Ramsey in case B2402-2020-142 until he asked Ramsey what city was the offense in? When Ramsey told Sullivan that it was D'iberville, Sullivan stated that he could not represent Ramsey because his name was on the Search Warrant as the Judge. Sullivan Conspired with Christopher Holt and referred Holt to Ramsey's family for Hire on Case # B2402-2020-142. (4) David Sullivan conspired with Christopher Holt to deprive Ramsey of equal protection of law and fairness of law as white american citizens. (5) David Sullivan conspired with Holt to deprive Ramsey of effective counsel. (6) David Sullivan conspired with D'iberville police officers and concealed an illegal search and seizure. (7) David Sullivan violated Due process as he allowed ofc's of D'iberville to Rubber Stamp his name on a invalid search warrant. (8) David Sullivan Conspired with Christopher Holt to hide and conceal the forgery of Sullivan's name on the search warrant and conceal an illegal search and seizure. (9) David Sullivan expressed Judicial Misconduct as he violated the civil rights and/or interfered with civil rights of Ramsey to deprive him equality of laws to american citizens. He acted under color of law

※ All above entities "Acted Under Color" and conspired with each other to Deprive Ramsey of His Civil Rights as an African American of the United States Federal Constitution, to assist the state with an conviction.

From October 5th, 2019 - July 19th, 2021.

Ramsey was incarcerated in Harrison County Adult Detention Center.

Witnesses Who knew What Happened and CAN MAKE A DECLARATION OR TESTIFY TO WHAT HAPPENED

1) Tashanna Daniels was a family member whom Judge David Sullivan acting as a lawyer sent Christopher Holt to her in regards to convince her that he could remove the involuntary guilty plea and that he could effectively represent Ramsey as defense counsel in Cause B2402-2020-142 and bring about the Due Process violation and the illegal Search and seizure. She can testify about her dealings with both attorney/Judge Sullivan and Christopher Holt. Tashanna Daniels can testify about Michael Crosby as she was the individual that Michael Crosby was contacting and giving the misleading information to.

2) Andre Jemison was a family member whom Michael Crosby and Christopher Holt contacted. Andre Jemison could testify about his dealings with both attorneys.

3) Harrison County Sheriff Transport Officer Kelly was present in the office with Ramsey and Christopher Holt and can testify about Christopher Holt admitting to conspiring with Judge David Sullivan and the refusal to represent Ramsey. Ofc Kelly could testify about the denial of effective assistance and the suppression of the search warrant by Christopher Holt. Kelly could testify to Holt's withdrawal of counsel as he was present and his refusal to withdraw Ramsey from the guilty plea.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.    What date and approximate time did the events giving rise to your claim(s) occur?

October 5, 2019 - July 19, 2021

    D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Violation of 4th, 5th, 6th and 14th amendments

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Deprivation of life, liberty, freedom, equal protection, Loss of property and pursuit of happiness.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Michael Crosby - $5 million U.S.D (Federal Reserve Dollars), Drug test and investigation of all cases dealing with Judge Bourgeois, incarceration for conspiracy, Revoke MSB license

Christopher Holt - $5 million U.S.D (Federal Reserve Dollars), Drug test and brought forth Charges for conspiracy, investigation of all cases with Judge Sullivan

David Sullivan - $5 million U.S.D (Federal Reserve Dollars), Drug test and suspension of MSB License, Charges brought forth of conspiracy and for the courts to investigate who's forging/Rubber stamping his name on warrants,



Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Harrison County Adult Detention Center 10451 Larkin Smith Dr, Gulfport, Ms 39503*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Page 6 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

Mississippi Bar / Court of Appeals / 2nd Judicial District Circuit Court of Harrison Co. U.S. District Court of Southern Mississippi

2. What did you claim in your grievance?

Violation of Federal and State Civil rights - For a new trial / or dismissal of Case B2402-2020-142

3. What was the result, if any?

NA / Pending

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

No still pending

 F. If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here:

  NA

  2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

  NA

 G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

  See all attachments at end for my exhaustion

  *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Jeffery Ramsey
   Defendant(s) State of Mississippi

2. Court *(if federal court, name the district; if state court, name the county and State)*
   U.S. District Court of Southern Mississippi Southern District

3. Docket or index number
   1-21-CV-00270-LG-RPM (Habeus Corpus in Both State and federal)
   \* STATE FAILS TO RESPOND TO HABEAS CORPUS

4. Name of Judge assigned to your case
   Robert P. Myers

5. Approximate date of filing lawsuit
   Aug of 2021

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Still Pending

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
   No

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _N\A_

    Defendant(s) _N\A_

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _N\A_

3. Docket or index number

    _N\A_

4. Name of Judge assigned to your case

    _N\A_

5. Approximate date of filing lawsuit

    _N\A_

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _N\A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: /s/ J. Ramsey
Printed Name of Plaintiff: Jeffery Ramsey
Prison Identification #: 204588
Prison Address: G.C.R.C.F. 154 Industrial Park Rd
Lucedale, MS 39452
    *City*     *State*     *Zip Code*

B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
    *City*     *State*     *Zip Code*
Telephone Number: _____
E-mail Address: _____