IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JEFFERY RAMSEY**                                                                                          **PLAINTIFF**

v.                                                    CIVIL ACTION NO. 1:22-cv-00024-TBM-RPM

**MICHAEL CROSBY**, *et al.*                                                                        **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B). This dismissal is effective until the conditions outlined in *Heck v. Humphrey*, 512 U.S. 477, 486-87, 114 S. Ct. 2364, 129 L.Ed.2d 383 (1994), are met—except with respect to the claims against Defendant David Sullivan that are barred by absolute judicial immunity.

**SO ORDERED AND ADJUDGED**, this the 27th day of September, 2022.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**